# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| ADRIENNE ELIJAH  )  | | |
| *Plaintiff*  ) | | |
| v.  ) | Case No. | 1:15-cv-03514-AT |
| GOTHAM GASTROENTEROLOGY, PLLC et.al.  ) | | |
| *Defendant*  ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Gotham Gastroenterology, PLLC and Eric Morgenstern, MD

Date: 06/08/2015

*Attorney's signature*

Maria Tavano
*Printed name and bar number*

GONZALEZ SAGGIO & HARLAN LLP
292 Madison Avenue, 19th Floor
New York, New York 10017

*Address*

maria_tavano@gshllp.com
*E-mail address*

(212) 380-9560
*Telephone number*

(212) 380-9561
*FAX number*