UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIENNE ELIJAH,

                     Plaintiff,

-against-

GOTHAM GASTROENTEROLOGY, PLLC and
ERIC MORGENSTERN, MD,

                     Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/15

15 Civ. 03514 (AT)(FM)

**ORDER OF DISMISSAL**

ANALISA TORRES, United States District Judge:

       The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-captioned action be and is hereby dismissed and discontinued without costs and without prejudice to the right to reopen the action within thirty (30) days if the settlement is not consummated. Any pending motions are moot. All conferences are vacated.

       The Clerk of Court is directed to close the case.

       SO ORDERED.

Dated: July 23, 2015
       New York, New York

                                              ANALISA TORRES
                                     United States District Judge